# EXHIBIT A

# Exhibit A

| Trust | Servicer | Trustee | Triaxx Original Balance | Principal Writedown to Date | Triaxx Balance as of 04/25/2017 | Diminution in Value | Total Damages |
|---|---|---|---|---|---|---|---|
| BSABS 2005-AC3 | Wells | USBank | $101,234,001 | $0 | $17,538,784 | $4,389,551 | $4,389,551 |
| BSABS 2005-AC5 | Wells | USBank | $112,350,999 | $0 | $20,187,369 | $3,690,090 | $3,690,090 |
| CMALT 2006-A4 | Citi | USBank | $51,506,635 | $3,633,848 | $8,779,421 | $2,239,628 | $5,873,477 |
| CMALT 2006-A5 | Citi | USBank | $100,000,000 | $6,185,837 | $23,535,987 | $6,972,244 | $13,158,081 |
| CMALT 2006-A6 | Citi | USBank | $100,000,000 | $5,864,873 | $23,008,933 | $2,577,698 | $8,442,571 |
| CMALT 2006-A7 | Citi | USBank | $124,364,633 | $6,266,443 | $24,115,078 | $7,495,948 | $13,762,390 |
| CMALT 2007-A1 | Citi | USBank | $136,700,000 | $14,099,328 | $45,727,438 | $12,042,916 | $26,142,244 |
| CMALT 2007-A2 | Citi | USBank | $125,000,000 | $14,542,568 | $37,390,633 | $10,994,028 | $25,536,596 |
| CMALT 2007-A3 | Citi | USBank | $61,900,000 | $6,205,396 | $14,451,286 | $5,086,198 | $11,291,594 |
| CMALT 2007-A4 | Citi | USBank | $27,000,000 | $2,390,499 | $9,357,007 | $2,716,678 | $5,107,177 |
| CMALT 2007-A5 | Citi | USBank | $82,317,795 | $8,410,886 | $25,152,651 | $7,170,176 | $15,581,062 |
| CMALT 2007-A6 | Citi | USBank | $28,500,000 | $3,776,959 | $10,417,311 | $3,361,606 | $7,138,565 |
| CMSI 2006-3 | Citi | USBank | $40,000,000 | $0 | $894,650 | $182,928 | $182,928 |
| CSFB 2005-4 | Wells | USBank | $143,750,000 | $507,726 | $17,000,630 | $4,144,490 | $4,652,215 |
| CSMC 2006-9 | Wells | USBank | $153,080,998 | $254,159 | $6,775,928 | $1,213,292 | $1,467,451 |
| CSMC 2007-1 | Wells | USBank | $100,000,000 | $3,744,611 | $11,466,424 | $3,883,536 | $7,628,147 |
| CSMC 2007-2 | Wells | USBank | $206,962,000 | $0 | $19,433,372 | $5,970,550 | $5,970,550 |
| CSMC 2007-3 | Wells | USBank | $88,082,287 | $362,047 | $9,014,784 | $3,719,560 | $4,081,607 |
| GSR 2006-8F | Wells | USBank | $49,999,874 | $297,539 | $2,963,632 | $665,379 | $962,918 |
| GSR 2006-9F | Wells | USBank | $37,000,000 | $480,910 | $4,234,471 | $1,483,331 | $1,964,241 |
| GSR 2007-1F | Wells | USBank | $153,000,000 | $166,186 | $9,177,725 | $1,737,900 | $1,904,086 |
| JPMMT 2006-S4 | Wells | USBank | $123,287,234 | $0 | $13,937,986 | $5,751,097 | $5,751,097 |
| JPMMT 2007-S1 | Wells | USBank | $90,335,000 | $219,549 | $18,147,603 | $8,077,070 | $8,296,618 |
| JPMMT 2007-S2 | Wells | USBank | $56,828,000 | $443,675 | $12,389,197 | $4,973,140 | $5,416,815 |
| LMT 2005-2 | Ocwen | USBank | $23,750,000 | $358,487 | $7,090,883 | $2,233,177 | $2,591,664 |
| RFMSI 2006-S12 | Ocwen | USBank | $87,713,000 | $509,946 | $14,840,557 | $3,368,105 | $3,878,050 |
| RFMSI 2006-S8 | Ocwen | USBank | $53,340,000 | $2,085,858 | $6,121,465 | $1,436,943 | $3,522,800 |
| RFMSI 2007-S1 | Ocwen | USBank | $183,945,000 | $606,945 | $15,316,069 | $3,657,205 | $4,264,150 |
| RFMSI 2007-S2 | Ocwen | USBank | $110,000,000 | $1,589,830 | $12,283,838 | $3,180,382 | $4,770,211 |
| RFMSI 2007-S6 | Ocwen | USBank | $50,000,000 | $1,002,665 | $7,468,637 | $1,822,930 | $2,825,595 |
| WMALT 2007-1 | JPM | USBank | $70,000,000 | $3,673,440 | $16,755,815 | $5,639,550 | $9,312,990 |
| WMALT 2007-3 | JPM | USBank | $27,000,000 | $2,171,555 | $8,241,714 | $524,975 | $2,696,530 |
| GSR 2005-5F | JPM | USBank | $115,962,000 | $0 | $865,813 | $43,896 | $43,896 |
| CHASE 2006-S3 | JPM | BNY-Mellon | $100,000,000 | $0 | $4,835,073 | $787,546 | $787,546 |
| CHASE 2006-S4 | JPM | BNY-Mellon | $118,000,000 | $0 | $7,496,168 | $3,661,180 | $3,661,180 |
| CHASE 2007-S1 | JPM | BNY-Mellon | $155,000,000 | $333,332 | $27,459,644 | $11,156,927 | $11,490,259 |
| CHASE 2007-S2 | JPM | BNY-Mellon | $186,000,000 | $255,136 | $31,586,975 | $12,761,059 | $13,016,195 |
| CHASE 2007-S3 | JPM | BNY-Mellon | $180,000,000 | $103,285 | $23,738,801 | $10,475,691 | $10,578,975 |
| CHASE 2007-S4 | JPM | BNY-Mellon | $3,660,604 | $71,448 | $548,639 | $230,830 | $302,277 |
| CHASE 2007-S5 | JPM | BNY-Mellon | $181,000,001 | $20,948 | $12,989,172 | $4,772,479 | $4,793,427 |
| FHAMS 2005-FA7 | FirstHorizon | BNY-Mellon | $39,000,000 | $1,170,789 | $7,521,270 | $2,432,545 | $3,603,334 |
| FHAMS 2007-FA3 | FirstHorizon | BNY-Mellon | $27,000,000 | $1,794,860 | $7,363,376 | $3,345,968 | $5,140,828 |
| FHASI 2006-4 | FirstHorizon | BNY-Mellon | $100,000,000 | $0 | $7,480,117 | $481,675 | $481,675 |
| FHASI 2007-1 | FirstHorizon | BNY-Mellon | $61,554,000 | $0 | $4,733,062 | $1,340,782 | $1,340,782 |
| FHASI 2007-4 | FirstHorizon | BNY-Mellon | $98,321,000 | $0 | $9,312,431 | $3,000,637 | $3,000,637 |
| All Trusts | | | $4,264,445,061 | **$93,601,560** | $619,147,819 | $186,893,513 | **$280,495,072** |