```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
TRIAXX PRIME CDO 2006-1 LTD.,
TRIAXX PRIME CDO 2006-2 LTD.,
TRIAXX PRIME CDO 2007-1 LTD.,

                Plaintiffs,

       - against -

U.S. BANK, NATIONAL ASSOCIATON
and THE BANK OF NEW YORK MELLON,

                Defendants.
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/18

**ORDER**

16 Civ. 1597 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on defendants' motion to dismiss will be held on February 21, 2017, at 11:00 a.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.

Dated:   New York, New York
         January 3, 2018

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE